**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
e-service@quillarrowlaw.com
10880 Wilshire Blvd., Suite 160
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorney for Plaintiff,
**CORNELIUS SINGLETON**

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi, Esq. (SBN 235936)
anassihi@shb.com
Melina Manetti, Esq. (SBN 318350)
mmanetti@shb.com
David L. Polyakov, Esq. (SBN 341577)
dpolyakov@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105

Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS SINGLETON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No: 2:23-cv-03423-SSC <br><br> Magistrate Judge: Stephanie S. Christensen <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff, CORNELIUS SINGLETON, and Defendant, NISSAN NORTH AMERICA, INC., by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

Dated:  August 16, 2024            **SHOOK, HARDY & BACON L.L.P**

By:  */s/ Melina Manetti*
Amir Nassihi, Esq.
Melina Manetti, Esq.
David L. Polyakov, Esq.
Attorneys for Defendant
**NISSAN NORTH AMERICA, INC.**

Dated:  August 16, 2024            **QUILL & ARROW LLP**

By:  *Kevin Y. Jacobson*
Kevin Y. Jacobson, Esq.
Attorney for Plaintiff
**CORNELIUS SINGLETON**